

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2020

No. 04-19-00649-CR

Marcus Chavez **PONCIANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5316
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before March 30, 2020. No further extensions.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court